UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                     :

PAMELA WILLIAMS,                                 :
                                                 :
                        Plaintiff,               :
                                                 :
            -against-                            :
                                                 :
BACKES & STRAUSS (US), INC.,                     :
                                                 :
                        Defendant.               :
                                                 :
--------------------------------------------------------X

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____      │
│ DATE FILED:  ____3/15/2021_____    │
└─────────────────────────────────────┘
```

20-CV-4353 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

       The Clerk of the Court has entered a Certificate of Default in this matter.  (Doc. 9.)

Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to

take action in this case within thirty (30) days.

       SO ORDERED.

Dated: March 15, 2021
      New York, New York

                                        Vernon S. Broderick
                                        United States District Judge